## Yesulaitis *v.* Yesulaitis, Appellant.

Argued March 22, 1973. *Gerald J. Spitz,* with him *Fronefield, deFuria and Petrikin,* for appellant; *James A. Cochrane,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.